**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:          Julius Tabe, M.D. v. Texas Inpatient Consultants, LLP

Appellate case number:      01-22-00294-CV

Trial court case number:     2014-73381

Trial court:                           129th District Court of Harris County

On November 4, 2022, appellee, Texas Inpatient Consultants, LLP filed a letter with the Court "requesting that the Court supplement the [c]lerk['s] [r]ecord with the documents appended to [appellee's] brief" pursuant to Texas Rule of Appellate Procedure 34.5(c), titled "supplementation." *See* TEX. R. APP. P. 34.5(c). We construe appellee's letter as a letter motion requesting that this Court "supplement" the clerk's record.

This Court is not responsible for the preparation or supplementation of the clerk's record for an appeal. The responsibility for preparing, or supplementing, the clerk's record lies with the trial court clerk. *See* TEX. R. APP. P. 35.3 ("The trial court clerk is responsible for preparing, certifying and timely filing the clerk's record."). Further, in the event a party, or this Court, believes "a relevant item has been omitted from the clerk's record," that party "may by letter" request that the "trial court clerk to prepare, certify, and file in the appellate court a supplement containing" any such omitted item. *See* TEX. R. APP. P. 34.5(c).

Accordingly, appellee's letter motion for this Court to supplement the clerk's record is **denied**. Nothing in this order precludes any party, including appellee, from requesting that the trial court clerk supplement the clerk's record in accordance with the Texas Rules of Appellate Procedure.

It is so ORDERED.

Judge's signature: ___/s/ Amparo Guerra_____
            ☑ Acting individually    ☐ Acting for the Court

Date: __November 22, 2022_____